# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 694 MAL 2020

       Respondent        :

                            :   Petition for Allowance of Appeal

                            :   from the Order of the Superior Court

          v.                   :

                            :

ANTONIO LINDSAY,                :

                            :

       Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.